888 SW 5TH AVENUE, SUITE 800, PORTLAND, OR 97204
tel 503-221-0141 | fax 503-227-7924 | GMCO.COM




# GeffenMesher

**David S. Porter, CPA, CFE, PI**
Shareholder

503-445-3417 direct
dporter@gmco.com

## PROFESSIONAL ORGANIZATIONS

American Institute of Certified Public Accountants
Oregon Society of Certified Public Accountants
Association of Certified Fraud Examiners
Association of Certified Fraud Examiners, Oregon Chapter
Auto Team America
Association for Corporate Growth Portland

## EDUCATION

Bachelor of Business Administration – Accounting, Stephen F. Austin State University, 1975
Certified Public Accountant, Oregon
Certified Fraud Examiner
Licensed Private Investigator, Oregon

## COMMUNITY INVOLVEMENT

American Cancer Society, Portland Board Member
Multnomah Athletic Club, Strategic Planning Committee
Multnomah Athletic Club, Past Property Committee Chair
Multnomah Athletic Club, Past Budget Committee Chair
DePaul Industries, Past Board of Trustees and Treasurer
March of Dimes, Portland Chapter, Past Board Member

## KEY TO SUCCESS

"Each client is unique. Listening intently and keeping an open mind helps us to find the right answer for each one."

## INDUSTRY EXPERTISE

Manufacturing, Distribution & Technology
Dealer Services

## SPECIALIZATIONS

Forensic Accounting

## BACKGROUND

Responsiveness, creativity, and client focus: these qualities have guided Dave Porter over the course of his professional career. Having first worked at the highest level of public accounting with a Big 4 firm, Dave then started and led two successful consulting firms over the next 14 years before coming aboard. "Running your own business is an eye opener. The experience has shaped the way I serve clients today. There's no better way to learn about a company's issues than by sitting down with the owners, especially when you're a business owner yourself."

Dave also helps companies develop stronger internal controls to help prevent and mitigate risks associated with employee fraud. "Business owners are focused on running their companies, and may not stop to consider that a trusted employee might be stealing from them." This need led Dave to launch Geffen Mesher's Forensic Accounting group. Under his leadership, the group has quickly become a well-rounded and sought after forensic team in the region.

When he's not sitting down with business owners, Dave likes to hit the open road on his motorcycle, packing everything from hiking boots to his nine-iron. "The typical ways people like to relax in the Northwest."

Exhibit 2
Page 1 of 1