IN THE UNITED STATES DISTRICT OF COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                v.<br><br>DIANA YATES,<br><br>                    Defendant. | Case No. 3:15-cr-00238-SI<br><br>**ORDER APPOINTING COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A**<br>**(REMAND FROM USCA #18-30183)** |

IT IS ORDERED that CJA Panel attorney Kendra Matthews is appointed effective, November 1, 2021, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. 3006A, as counsel for Ms. Yates.

DATED this 10th day of November, 2021.

_____
Honorable Michael H. Simon
United States District Judge

PRESENTED BY:

_____
Lisa C. Hay
Federal Public Defender