JANET LEE HOFFMAN, OSB No. 78114
E-mail: janet@jhoffman.com
KATHERINE MARCHANT, OSB No. 161147
E-mail: katie@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503-222-1125

Attorneys for Defendant Yates

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:15-CR-00238-SI |
| Plaintiff, | DEFENDANT DIANA YATES'S WAIVER OF APPEARANCE AT JANUARY 19, 2022 TELEPHONIC CONFERENCE |
| v. | |
| DAN HEINE AND DIANA YATES, | |
| Defendants. | |

Defendant Diana Yates, pursuant to Federal Rule of Criminal Procedure 43(b)(3), hereby waives her right to be present at the January 19, 2022 telephonic conference. Ms. Yates is aware that new scheduling dates may be discussed and chooses to waive appearance.

DATED: January 18, 2022

/s/ Diana Yates
DIANA YATES
Defendant

/s/ Katie Marchant
KATIE MARCHANT, OSB No. 161147
Telephone: 503-222-1125
E-mail: katie@jhoffman.com

Of Attorneys for Diana Yates