UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:15-cr-238-002 |
| v. | SUPERSEDING INFORMATION |
| DIANA YATES, | 18 U.S.C. § 214 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (18 U.S.C. § 214)

In or about January 2011, in the District of Oregon, defendant **DIANA YATES** agreed to give a thing of value in exchange for an extension of credit through a financing institution that had an indirect impact on the Federal Reserve when the thing of value and all material facts with respect to the arrangement were not disclosed in writing;

In violation of Title 18, United States Code, Section 214.

Dated: March 23, 2022

Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Quinn P. Harrington*
QUINN P. HARRINGTON, OSB #083544
Assistant United States Attorney